# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Rahmanullah Lakanwal<br><br>*Defendant(s)* | Case: 1:25-mj-00289<br>Assigned To: Judge Harvey, G. Michael<br>Assign. Date: 12/23/2025<br>Description: COMPLAINT W/ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 26, 2025__ in the county of __Washington__ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 924(b) | - transporting or receiving firearms in interstate or foreign commerce with the intent to commit an offense punishable by imprisonment for more than one year |
| 18 U.S.C. § 922(i) | - transporting or shipping a stolen firearm in interstate or foreign commerce) |
| 22 D.C. Code §§ 2101 & 4502 | - first-degree premeditated murder while armed |
| 22 D.C. Code §§ 401 & 4502 | - assault with intent to kill while armed |
| 22 D.C. Code § 4504(b) | - possession of a firearm during crime of violence or dangerous offense |

This criminal complaint is based on these facts:

See attached Statement of Facts.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Ahmad Hassanpoor, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/23/2025

_____
*Judge's signature*

City and state: Washington, DC     G. Michael Harvey, United States Magistrate Judge
*Printed name and title*