AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:25-mj-00289 |
| Rahmanullah Lakanwal | ) | Assigned To: Judge Harvey, G. Michael |
|  | ) | Assign. Date: 12/23/2025 |
|  | ) | Description: COMPLAINT W/ARREST WARRANT |
|  | ) |  |

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Rahmanullah Lakanwal,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 924(b) - transporting or receiving firearms in interstate or foreign commerce with the intent to commit an offense punishable by imprisonment for more than one year
18 U.S.C. § 922(i) - transporting or shipping a stolen firearm in interstate or foreign commerce)
22 D.C. Code §§ 2101 & 4502 - first-degree premeditated murder while armed
22 D.C. Code §§ 401 & 4502 - assault with intent to kill while armed
22 D.C. Code § 4504(b) - possession of a firearm during crime of violence or dangerous offense

Date:   12/23/2025

*Issuing officer's signature*

City and state:   Washington, DC           G. Michael Harvey, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 12/23/25, and the person was arrested on *(date)* 12/29/25
at *(city and state)* Washington, DC.

Date: 12/29/25

*Arresting officer's signature*

Special Agent Ahmad Hassanpoor
*Printed name and title*