UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **Case No. 26-04 (APM)** |
| : | |
| **RAHMANULLAH LAKANWAL,** : | |
| : | |
| **Defendant.** : | |

### UNOPPOSED MOTION TO CONTINUE DETENTION HEARING, DELAY THE ARRAIGNMENT, AND EXCLUDE TIME FROM THE SPEEDY TRIAL ACT CALCULATION

Rahmanullah Lakanwal, through undersigned counsel, and with the consent of the government, respectfully submits this Motion to Continue the Detention Hearing, Delay the Arraignment, and Exclude Time from the Speedy Trial Act calculation.

On December 23, 2025, Mr. Lakanwal was charged by criminal complaint in this Court, having previously been held in the D.C. Superior Court for the same conduct. He appeared for an initial appearance on December 29, 2025, and a combined detention hearing/preliminary hearing was scheduled for January 15, 2026. A grand jury indictment was returned on January 9, 2026, thus vacating the preliminary hearing.

Mr. Lakanwal is not able to proffer a release plan at this point but reserves his right to do so in the future. Moreover, Mr. Lakanwal remains largely non-ambulatory. When Mr. Lakanwal last appeared in Court on December 29, 2025, he was in considerable pain. Thus, the defense seeks to delay the arraignment until Mr. Lakanwal has recovered more fully and can participate more meaningfully in the Court proceedings. Counsel has conferred with Mr. Lakanwal and he agrees with this request. The government has no objection to this request.

Thus, the parties request that the detention hearing be held in abeyance and continued to a mutually agreed upon date to be determined when requested by the defendant and that the arraignment be continued until a date the week of January 26, 2026. The parties have conferred

with the Courtroom deputy and understand that the Court is available on January 28, 2026, at 9:00 a.m. That date and time is convenient for the parties as well.

To accommodate the defense request, the parties request that the Court exclude all time between January 15, 2026, and January 28, 2026, from the applicable Speedy Trial clock pursuant to 18 U.S.C. § 3161(h)(7)(a). The exclusion of time is appropriate and in the interest of justice as the need for the defendant to participate meaningfully outweighs the public's interest in a speedy trial for this limited time.

    Respectfully submitted,

    A. J. KRAMER
    Federal Public Defender

    _____/s/_____
    MICHELLE PETERSON
    Chief Assistant Federal Public Defender
    Federal Public Defender's Office
    625 Indiana Ave NW, Suite 550
    Washington, D.C. 20004