**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMIBA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) Case No. 26-cr-004 (APM) |
| | ) |
| | ) |
| **RAHMANULLAH LAKANWAL** | ) |

**ORDER**

Upon consideration of the Unopposed motion to Continue the Detention Hearing, Delay the Arraignment, and Exclude Time from the Speedy Trial Act, it is

ORDERED

1) The detention hearing scheduled for January 15, 2026, before the Magistrate Judge is VACATED and shall be scheduled at the request of the defendant to a date mutually acceptable to the Court and parties;

2) The arraignment shall be held on January 28, 2026, before this Court at 9:00 a.m.; and

3) The time between January 12, 2026, and January 28, 2026, shall be excluded from the Speedy Trial Act clock pursuant to 18 U.S.C. § 3161(h)(7)(a). The exclusion of time is appropriate and in the interest of justice as the need for the defendant to participate meaningfully outweighs the public's interest in a speedy trial.

SO ORDERED.

DATE   January 13, 2026   .

_____
The Honorable Amit P. Mehta
United States District Court Judge