UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | Case No. 26-04 (APM) |
| : | |
| RAHMANULLAH LAKANWAL, : | |

**UNOPPOSED MOTION TO CONTINUE THE
ARRAIGNMENT AND EXCLUDE TIME FROM THE SPEEDY
TRIAL ACT CALCULATION**

Rahmanullah Lakanwal, through undersigned counsel, and with the consent of the government, respectfully submits this Motion to Continue the Arraignment and Exclude Time from the Speedy Trial Act calculation. The defense requests a continuance of approximately one week because the snow emergency has made it difficult for the defense to meet with Mr. Lakanwal with an interpreter at the jail to prepare him for the arraignment. Counsel has another visit scheduled on Friday, January 30, 2026. The government does not object to this continuance. The parties have conferred and are available on February 4th or 5th at the Court's convenience. Moreover, at the arraignment the parties anticipate asking the Court to set the matter over for a status report to be filed or a status conference to be held approximately 90 days out to allow the government to produce discovery and the defense to review that discovery.

To accommodate this request, the parties request that the Court exclude all time between January 28, 2026, and the next court date from the applicable Speedy Trial clock pursuant to 18 U.S.C. § 3161(h)(7)(a). The exclusion of time is appropriate and in the interest of justice as the need for the defendant to participate meaningfully outweighs the public's interest in a speedy trial for this limited time.

Respectfully submitted,

A. J. KRAMER
Federal Public Defender

_____/s/_____
MICHELLE PETERSON
Chief Assistant Federal Public Defender
Federal Public Defender's Office
625 Indiana Ave NW, Suite 550
Washington, D.C. 20004