## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Criminal No. 1:26-cr-4 (APM)** |
| | **:** | |
| **RAHMANULLAH LAKANWAL,** | **:** | |
| | **:** | **UNDERSEAL** |
| **Defendant.** | **:** | |

### MOTION FOR LEAVE TO FILE UNDER SEAL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves the Court to file the attached Unopposed Motion for Order Directing ███████████████████████ to Provide the Parties Immediate Notice of the Defendant's Refusal of Nutrition or Treatment or ███████'s Initiation of a Medical Capacity Evaluation, the proposed Order, and this motion and proposed Order under seal because they contain information that identifies the facility at which the defendant is detained and undergoing treatment, and because they contain details about that treatment. The government will file redacted versions of these materials on the record that interpose appropriate redactions to protect this information from public disclosure.

Respectfully submitted,

ALICIA M. LONG
Assistant United States Attorney
D.C. Bar Number 1659433
United States Attorney's Office
601 D Street, NW
Washington, DC  20530
Telephone: 202-252-6889
Email: alicia.long@usdoj.gov

/s/ Kacie M. Weston
KACIE M. WESTON
Chief, Special Proceedings Division
MD Bar
601 D Street, N.W.
Washington, D.C. 20530
(202)252-7509
Kacie.Weston@usdoj.gov


/s/ Tracy Suhr
TRACY SUHR
Assistant United States Attorney
Special Proceedings Division
NY Bar Member
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-6898
Tracy.Suhr@usdoj.gov