UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| v. | : | Case No. 26-cr-04 (APM) |
| | : | [redacted] |
| RAHMANULLAH LAKANWAL, | : | |
| | : | |
| Defendant. | : | |

## DEFENDANT'S INITIAL RESPONSE TO THE GOVERNMENT'S EMERGENCY MOTION

On August 28, 2026, the government filed a sealed emergency motion for an order to provide Mr. Lakanwal with nonconsensual nutritional and medical care necessary to sustain his life. In its motion, the government requests an order directing [redacted] (or any facility where he is housed), to direct health care providers to provide nonconsensual nasogastric tube feeding, intravenous feeding, and/or feeding through an already-implanted gastrostomy tube as necessary to preserve Mr. Lakanwal's life or to prevent a foreseeable deterioration in his condition that if not treated is likely to lead to death. [redacted]

[redacted]

[redacted]

Based on the scant information provided, the defense is not able to take a position on the government's motion, however,we note that Mr. Lakanwal would oppose the motion.

At this juncture, the government does not indicate that Mr. Lakanwal's condition is so dire as to require this Court's intervention and the

provided medical records do not support that position. While Mr. Lakanwal has been adamant at times that he does not wish to receive sustenance, he also has consumed food orally (e.g., apple sauce) [redacted] during the current hospitalization period. (Govt. Motion at 3). From the medical records provided and from the government's motion, it appears his position fluctuates.

[redacted]

[redacted] the

[redacted] Counsel anticipates conferring with our client over the weekend and hopefully getting further information [redacted] and, if appropriate, will make a more fulsome response to the government's emergency motion once that occurs. In the meantime, we will simply note [redacted] the government does not dispute, that Mr. Lakanwal [redacted] does not wish to have nonconsensual nutrition provided.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/

MICHELLE PETERSON
MATTHEW FARLEY
Assistant Federal Public Defenders
Federal Public Defender's Office
625 Indiana Ave NW, Suite 550
Washington, D.C. 20004

MONICA FOSTER

/s/

INDIANA FEDERAL
COMMUNITY DEFENDERS
/s/
111 Monument Circle, Suite 3200
Indianapolis, IN 46204

_________________/s/_____________
Jacqueline K. Walsh
Washington State Bar No. 21651
Jacqueline K. Walsh Law P.S., Inc.
140 Lakeside Ave., A-338
Seattle, WA 98122
(206) 325-7900x5
jackie@jamlegal.com
Counsel for Mr. Lakanwal