**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **Criminal No. 1:26-cr-4 (APM)** |
| **RAHMANULLAH LAKANWAL,** | : | |
| **Defendant.** | : | |

## MOTION TO WITHDRAW AS COUNSEL FOR THE UNITED STATES

The United States, by and through undersigned counsel, respectfully moves for leave to withdraw as counsel of record for the United States in this case. Undersigned counsel is departing the United States Attorney's Office for the District of Columbia to accept a position with the Department of Justice, National Security Division. Other counsel for the United States have entered appearances in this case and will continue to represent the Government. Accordingly, this withdrawal will not prejudice any party or delay these proceedings.

Undersigned counsel respectfully requests that the Court grant this Motion.

Date: November 12, 2026

Respectfully submitted,

By: */s/ Christopher Tortorice*

Christopher Tortorice
Assistant United States Attorney
Texas Bar No. 24048912
National Security Section
601 D Street, N.W.,
Washington, D.C. 20530
Office: (202) 252-7155
Christopher.Tortorice@usdoj.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Criminal No. 1:26-cr-4 (APM)** |
| | : | |
| | : | |
| **RAHMANULLAH LAKANWAL,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

**ORDER**

Upon consideration of the Motion to Withdraw as Counsel for the United States, it is hereby ORDERED that the Motion is GRANTED; and it is further ORDERED that Christopher Tortorice is withdrawn as counsel of record in this case.

SO ORDERED.

____________________________________
UNITED STATES DISTRICT JUDGE