**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Criminal No. 1:26-cr-4 (APM)** |
| | : | |
| | : | |
| **RAHMANULLAH LAKANWAL,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

**ORDER**

Upon consideration of the Motion to Withdraw as Counsel for the United States, it is hereby ORDERED that the Motion is GRANTED; and it is further ORDERED that Christopher Tortorice is withdrawn as counsel of record in this case.

SO ORDERED.

____________________________________
UNITED STATES DISTRICT JUDGE